O'CALLAGHAN v. HENNESSY.

(City Court of New York, General Term. July 11, 1900.)

1. FORCIBLE ENTRY AND DETAINER—DAMAGES—ACTION—PROOF—COMPLAINT—DISMISSAL.

Where plaintiff in an action to recover treble damages for wrongful and forcible dispossession, under Code Civ. Proc. § 1669, failed to show that a summary proceeding to dispossess him was void, the complaint was properly dismissed.

2. SUMMARY PROCEEDINGS—PETITION—VERIFICATION—VENUE.

A petition in summary proceedings, headed, "State of New York, City & County of New York," states a sufficient venue for the verification; and, being verified before a commissioner of deeds for New York county, the verification was legal.

Appeal from trial term.

Action by Peter O'Callaghan against Walter G. Hennessy. From a judgment dismissing the complaint, plaintiff appeals. Affirmed.

Argued before CONLAN, SCHUCHMAN, and HASCALL, JJ.

D. J. M. O'Callaghan, for appellant.

James A. Lynch (Charles S. Bloomfield, of counsel), for respondent.

SCHUCHMAN, J. The action is brought to recover treble damages, pursuant to section 1669 of the Code of Civil Procedure, for the wrongful and forcible dispossession of the plaintiff. The plaintiff failed to prove that a summary proceeding to dispossess him was null and void. The petition in summary proceedings is headed, "State of New York, City & County of New York," and is verified before a commissioner of deeds for New York county. This is a sufficient venue for the verification thereof. The petition is legally verified, and therefore the dismissal of the complaint was proper.

Judgment appealed from affirmed, with costs and disbursements. All concur.